■ In the Matter of IRVING B. EISENMEYER v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York.— Motion for leave to appeal as a poor person granted insofar as to permit the proceeding to be heard on the original record, without printing the same, and upon typewritten or mimeographed petitioner's points, upon condition that the petitioner serves one copy of the typewritten or mimeographed petitioner's points on the Attorney-General of the State of New York and files 6 typewritten or 19 mimeographed copies of petitioner's points, together with the original record, with this court. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

■ In the Matter of BERNARD KLEINERT v. HORTENSE W. GABEL.— Motion for leave to appeal as a poor person denied. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

■ LORETTA DOWLING et al. v. CHURCH OF OUR LADY OF REFUGE.— Motion to dispense with printing granted only to the extent of dispensing with the printing in the record on appeal of the medical testimony, on condition that the original transcript of such testimony is filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. In all other respects the motion is denied. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

■ ALEXANDER CARPET CO., INC., v. WILLY SCHWAB.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 4, 1962, with notice of argument for the January 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

■ In the Matter of the Probate of the Will of DAVID KESSLER, Deceased. HAZEL BERTIN, Appellant; LILLIAN G. KESSLER, Respondent.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

■ BEATRICE W. SCHULTZ v. ROBERT MARLIN et al.— Motion for a stay granted. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

■ JANE KWAN v. ZALE L. KESSLER.— Motion to dispense with printing denied. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

■ In the Matter of the Commitment of IRA LEWIS. JEWISH CHILD CARE ASSOCIATION OF NEW YORK, Appellant; MOLLIE LEWIS, Respondent.— Motion to dispense with printing granted insofar as to dispense with the printing in the record on appeal of certain exhibits set forth in the moving papers herein on condition that the originals thereof are filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

■ JULIUS GOLDBERG, as Chairman, v. FEDERATION OF THE HANDICAPPED, INC.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

■ MERRITT CORPORATION v. MILTON A. BASS.— Motion to dismiss appeal granted, with $10 costs, unless the appellants perfect the appeal for the first Non-Enumerated Calendar of the January 1963 Term of this court. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

■ ELIEZER RODRIGUEZ v. CONSOLIDATED EDISON CO. OF NEW YORK, INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 4, 1962, with notice of argument for the January 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.